# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BILLY M. GARMOU,

    Plaintiff,

v.                                      Case No. 15-12161

KONDAUR CAPITAL CORP., et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order (1) Granting Defendants' Motion for Summary Judgment with Respect to Plaintiff's Federal Claims; (2) Dismissing with Prejudice Count II, VI, V, VII, and X; and (3) Terminating the Remaining State Law Claims as Moot" dated June 30, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Kondaur Capital Corp. and Kondaur Capital Corp. as a separate trustee of Matawin Ventures Trust Series 2014-2 and against Plaintiff Aldrick Joseph Laporte. Dated at Detroit, Michigan, this 30th day of June, 2016.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                  BY:   S/Lisa Wagner
                                          Lisa Wagner, Deputy Clerk
                                          and Case Manager to
                                          Judge Robert H. Cleland